# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ARDELL JENKINS, | Case No. 18-CV-2751 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| HENNEPIN COUNTY MEDICAL CENTER, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 23, 2018 [ECF No. 3], along with all the files and records, and no objections to said Recommendation having been filed, IT IS HEREBY ORDERED that:

1. This matter is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The application to proceed in forma pauperis of plaintiff Ardell Jenkins [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 28, 2018

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge